NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BUSTER L. GASKIN, JR., )
)
    Appellant, )
)
v. ) Case No. 2D18-928
)
STATE OF FLORIDA, )
)
    Appellee. )
_____ )

Opinion filed October 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.


PER CURIAM.


        Affirmed.


LaROSE, MORRIS, and SLEET, JJ., Concur.